UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LYNN DAVIS, | No. 2:16-CV-03974-AB-KSx |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, or in the alternative, for Summary Adjudication of Issues (Dkt. # 37), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is hereby entered for Defendant, and that all costs of suit are awarded to Defendant according to proof.

Dated: October 18, 2017

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1